# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KENNETH H. KRAUSE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0013

[May 9, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2016-CF-000993-AXXX-MB.

Kenneth H. Krause, Carrabelle, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***